IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALIMIREO ENGLISH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 21-358-CG-B |
| | ) |
| CHUCK STEVENS AUTOMOTIVE, INC., SHARON STEVENS and VERNON PUGH, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal on September 29, 2022 (Doc. 54), it is **ORDERED** that all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear his or its own costs.

**DONE and ORDERED** this 30th day of September, 2022.

                                       /s/Callie V. S. Granade
                                       SENIOR UNITED STATES DISTRICT JUDGE